*The United States*
*vs*
*Henry Fitch*

filed 24th September 1805.
plea filed 25th d°— d°

Sol. Sibley Att<sup>y</sup>

MICHIGAN TERRITORY SS—IN THE SUPREME COURT, IN AND FOR THE TERRI-
TORY OF MICHIGAN OF THE TERM OF SEP<sup>T</sup> IN THE YEAR OF OUR LORD ONE
THOUSAND EIGHT HUNDRED AND FIVE—

Henry Fitch late of Detroit trader, was attached to answer unto the
United States of America, of a plea that he render unto said United States,
four hundred Dollars, which to said United States he owes and from them
unjustly detains &c  And Whereupon the said United States Complain, For
that whereas the said Henry Fitch after the second Day of March in the
year of our Lord One Thousand seven hundred and ninety nine & prior to
the day of commencing this action, To wit on the sixth day of July in the
year of our Lord One Thousand Eight hundred and five, at and within the
district of Detroit, in said Territory of Michigan, without any permit in
writing, licence or other lawful authority therefor whatever, from the Col-
lector of the said United States Customs, in and for said United States
District of Detroit, first had and obtained, Joseph Wilkinson, then & still
being such Collector of said United States Customs, in & for said District,
duly commissioned such according to Law, & having the sole authority of
granting permits &c within said District, did, on said sixth day of July last
aforesaid, bring into said District of Detroit & cause to be brought into said
District & was aiding & assisting therein, from a foreign port or place, Towit
from the province of Upper Canada, in his Britanic Majestys Dominion, in
America, sundry goods, wares and merchandizes, consisting of lumber, of a
foreign growth and manufacture, and by law subject & liable to the payment
of Duties to the said United States, on being brot into said District, To wit
Four thousand nine hundred and sixty Eight feet of pine Boards—Three

Thousand Two hundred and forty nine feet of pine Plank (Board measure) One Thousand nine hundred and seventy five feet of pine weather Boards and Twelve Packs of Shingles,— The duties on said Articles of merchandize, Towit Boards, planks weather boards and shingles, not having been paid or secured to be paid, to the said United States, contrary to the statute law of said United States in such case made and provided—By reason whereof and by force of said statute law of said United States, the said Henry Fitch, has forfeited to said United States four hundred Dollars, which sum of four hundred Dollars so forfeited for the cause aforesaid, the said Henry Fitch, to said United States owes—nevertheless the said Henry Fitch, altho oftentimes requested, said four hundred Dollars, nor any part thereof hath not paid, But to pay said four hundred Dollars to said United States, the said Henry Fitch hath hitherto refused & the same from said United States unjustly detains— To the damage of s$^d$ United States one hundred dollars for the recovery of which debt and damages for detention they bring this suit &c                                  Sol. Sibley Att$^y$

Michigan Territory ss.

Joseph Wilkinson Collector of the Customs of the United States of America in & for the District of Detroit, duly commissioned &c constitutes & appoints Sol. Sibley, special Att$^y$ for the s$^d$ United States, for the purpose of commencing & prosecuting the above action against Henry Fitch, to final judgm$^t$ & execution &c—

[In the handwriting of Solomon Sibley]

Michigan Territory towit—

Henry Fitch at the suit of the United States In debt &c and the said Henry by E Brush his Attorney comes and defends the wrong and injury when &c and for plea Saith he does not owe to the said United States the aforesaid Sum of Four hundred dollars or any part thereof as they by pleading have above thereof declared against him and this he prays may be enquired of by the Country— and the Said United States do the like &c

E Brush Att$^y$ for
the said Henry Fitch
Sol. Sibley Att$^y$ for s$^d$
United States

District of Detroit ss— Henry Fitch puts in his place E Brush his Att$^y$ at the suit of the United States in the plea aforesaid—

[In the handwriting of Elijah Brush]